UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL ALEJANDRO CHAVEZ,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br>Defendants. | No. 2:26-cv-2022 WBS SCR P<br><br>ORDER |

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. This action was transferred from the Northern District of California to this judicial district on June 3, 2026. ECF No. 6. On June 23, 2026, the undersigned ordered Plaintiff to file a completed in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $55.00 administrative fee within 30 days. ECF No. 8. The order advised Plaintiff that a failure to comply would result in the recommendation that the action be dismissed. Id. When plaintiff failed to respond, the undersigned issued findings and recommendations on August 10, 2026, that the action be dismissed for failure to comply with a court order. ECF No. 9.

Plaintiff filed objections to the findings and recommendations (ECF No. 11) along with a completed in forma pauperis application (ECF No. 12). In both these filings, Plaintiff expressly states that he is able to afford the fees. See ECF No. 12 at 12. He also provided a trust account statement showing an average balance of nearly $17,000 over the past six months. Id. at 7.

It is evident from Plaintiff's statements and trust account statement that he can pay the filing fee. See C.C.R. v. Comm'r of Soc. Sec., No. 1:21-cv-0640-DAD-SAB, 2021 WL 2534461, *1 (E.D. Cal. June 21, 2021) ("Where the applicant's income exceeds expenses by a notable amount, it may be appropriate to deny in forma pauperis status"); Najafianashrafi v. Garland, No. 1:24-cv-00336-KES-BAM, 2024 WL 3917151 (E.D. Cal. Aug. 23, 2024) (denying motion to proceed IFP where plaintiff's monthly income exceeded expenses by $347); Valentine v. Granville Realty, Inc., 2025 WL 1839935, at *2 (E.D. Cal. July 3, 2025) ("Courts have consistently held that IFP status should not be granted where an applicant can pay the filing fee with acceptable sacrifice to other expenses."). Accordingly, the undersigned will grant Plaintiff an additional 30 days to do so.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall pay, within 30 days from the date of this order, the full filing fee of $405.

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff is further advised that his in forma pauperis application is not payment. Plaintiff may pay the filing fee by submitting either a cashier's check or money order made payable to the U.S. District Court, Office of Clerk, 501 I Street #4-200, Sacramento, CA 95814. The payment shall identify the case name and number: Chavez v. Cal. Dep't of Corrections, et al., No. 2:26-cv-02022-WBS-SCR P (E.D. Cal). The total required filing fee is $405.00.