UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMMANUEL ALEJANDRO CHAVEZ,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

No. 2:26-cv-2022 WBS SCR P

ORDER

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. This action was transferred from the Northern District of California to this judicial district on June 3, 2026. ECF No. 6. On June 23, 2026, the undersigned ordered Plaintiff to file a completed in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $55.00 administrative fee within 30 days. ECF No. 8. The order advised Plaintiff that a failure to comply would result in the recommendation that the action be dismissed. Id. When plaintiff failed to respond, the undersigned issued findings and recommendations on August 10, 2026, that the action be dismissed for failure to comply with a court order. ECF No. 9.

Plaintiff filed objections to the findings and recommendations (ECF No. 11) along with a completed in forma pauperis application (ECF No. 12). In both these filings, Plaintiff expressly states that he is able to afford the fees. See ECF No. 12 at 12. He also provided a trust account statement showing an average balance of nearly $17,000 over the past six months. Id. at 7.

On September 11, 2026, the undersigned granted Petitioner an additional 30 days to pay the full filing fee. ECF No. 13. In response, Plaintiff filed a new prisoner fund account statement that reflects an average balance of $12,515.62 for each month for the most recent six-month period. ECF No. 14 at 3. Plaintiff, however, did not submit the required filing fees.

It remains evident from Plaintiff's statements and most recent trust account statement that he can pay the filing fee. Therefore, the undersigned will grant Plaintiff one final opportunity to submit payment. Plaintiff is again advised that submitting an in forma pauperis application or a trust account statement is not a form of payment. Plaintiff may pay the $405.00 filing fee by submitting either a cashier's check or money order made payable to the U.S. District Court, Office of Clerk, 501 I Street #4-200, Sacramento, CA 95814. The payment shall identify the case name and number: Chavez v. California Department of Corrections, et al., No. 2:26-cv-02022-WBS-SCR P (E.D. Cal).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall pay, within 30 days from the date of this order, the full filing fee of $405.

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE